**SMILEY WANG-EKVALL, LLP**
Kyra E. Andrassy, State Bar No. 207959
kandrassy@swelawfirm.com
Michael L. Simon, State Bar No. 300822
msimon@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone: 714 445-1000
Facsimile:  714 445-1002

Attorneys for Robert P. Mosier, Receiver

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ROBERT P. MOSIER, Receiver for the receivership estate of Ngoc Ha T. Nguyen,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LUAN CONG NGUYEN,<br><br>　　　　　Defendant. | Case No. 8:19-cv-01876-JVS-KES<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL OF CASE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**<br><br>**Case Management Conference:**<br>JUDGE:  Hon. James V. Selna<br>DATE:   July 11, 2022<br>TIME:   10:30 a.m.<br>CTRM:   10C |

　　　The Court having reviewed the *Plaintiff's Request for Dismissal of Case Pursuant to Federal Rule of Civil Procedure 41(a)(2)* and cause appearing,

　　　**IT IS ORDERED** that this case is dismissed.

DATED: July 05, 2022

_____
JAMES V. SELNA, United States District Judge